# EXHIBIT A



**CSC**

**Notice of Service of Process**

| | |
|---|---|
| **Primary Contact:** | Lola M. Becton<br>CKE Restaurants Holdings, Inc.<br>6700 Tower Circle<br>Ste 1000<br>Franklin, TN 37067 |
| **Electronic copy provided to:** | William Werner<br>Lena Brewer |

| | |
|---|---|
| **Entity:** | Hardee's Restaurants LLC<br>Entity ID Number 3181301 |
| **Entity Served:** | Hardee's Restaurants LLC |
| **Title of Action:** | E.P and S.F vs. CKE Restaurants Holdings, Inc., |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Mecklenburg County Superior Court, North Carolina |
| **Case/Reference No:** | 18 cvs 14007 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 08/03/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Scott C. Harris<br>919-600-5000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield + * ◊
Daniel K. Bryson ˙ +
Gary E. Mason ˃ ˆ ˙
Scott C. Harris ˙ ▪
Matthew E. Lee ˙ ▪
Caroline Ramsey Taylor + ▪ ◊
Natasha C. Camenisch + ◊
Jeremy R. Williams˙

Patrick M. Wallace ˙
Danielle L. Perry ˙ ˃
Jennifer S. Goldstein ˃ ▪
J. Hunter Bryson ˙
Katie C. Stauffer ◊
Charles A. Schneider ˃
Martha B. Schneider ˃ ~
Roger N. Braden + ~

State Bar Admissions:
KY + DC ˃ NC ˙ FL ▪ TN ◊
NY ˆ MD ˙ IL ▪ MO ● CA ″
Of Counsel ~

900 West Morgan Street
Raleigh, North Carolina 27603

*Mailing Address:*
P. O. Box 12638
Raleigh, North Carolina 27605

Office: 919.600.5000
www.wbmllp.com

Scott E. Heldman
(919) 600-5018
sheldman@wbmllp.com

August 1, 2018

**VIA CERTIFIED MAIL**
Hardee's Restaurants LLC
Registered Agent: Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

      Re:    *E.P and S.F. CKE Restaurants Holdings, Inc. et al.*
            Mecklenburg County, NC, Superior Court Case No. 18-cvs-14007

Dear Registered Agent:

      Enclosed is a copy of the Summons and Complaint in the above captioned matter. Please forward these documents to your client. If your client would like to discuss this matter after they have reviewed the enclosed documents, contact attorney Scott Harris at 919-600-5003.

                  Sincerely,

                  Scott E. Heldman
                  Paralegal

Enclosure

# STATE OF NORTH CAROLINA

### MECKLENBURG _____ County

**File No.** 18 CVS 14007

In The General Court Of Justice
☐ District  ☒ Superior Court Division

*Name Of Plaintiff*
E.P and S.F.

*Address*

*City, State, Zip*

### VERSUS

*Name Of Defendant(s)*
CKE RESTAURANTS HOLDINGS, INC. et al.

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| Hardee's Restaurants LLC<br>Registered Agent: Corporation Service Company<br>2626 Glenwood Avenue, Ste. 550<br>Raleigh, NC 27608 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents. DO NOT throw these papers out!**
**You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**
**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* 7/6/18 | *Time* 1:38 ☐ AM ☒ PM |
|---|---|---|
| Scott C. Harris<br>Whitfield Bryson & Mason LLP<br>900 W. Morgan St.<br>Raleigh, NC 27603 | *Signature* | |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)** | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| **Date Received** | **Name Of Sheriff (type or print)** |
| | |
| **Date Of Return** | **County Of Sheriff** |
| | |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts


**CSC**

# Notice of Service of Process

**Primary Contact:**    Lola M. Becton
CKE Restaurants Holdings, Inc.
6700 Tower Circle
Ste 1000
Franklin, TN 37067

**Electronic copy provided to:**    Lena Brewer
William Werner

| | |
|---|---|
| **Entity:** | CKE Restaurants Holdings Inc.<br>Entity ID Number 3187246 |
| **Entity Served:** | CKE Restaurants Holdings, Inc. |
| **Title of Action:** | E.P and S.F vs. CKE Restaurants Holdings, Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Mecklenburg County General Court of Justice, North Carolina |
| **Case/Reference No:** | 18 cvs 14007 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 08/06/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Daniel K. Bryson<br>919-600-5000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com



**WHITFIELD BRYSON & MASON LLP**
ATTORNEYS AT LAW

John C. Whitfield + **◊**
Daniel K. Bryson **+**
Gary E. Mason **> ^ •**
Scott C. Harris **• ▪**
Matthew E. Lee **• ▪**
Caroline Ramsey Taylor **+ ▪ ◊**
Natasha C. Camenisch **+ ◊**
Jeremy R. Williams**•**

Patrick M. Wallace **•**
Danielle L. Perry **• >**
Jennifer S. Goldstein **> ◊**
J. Hunter Bryson **•**
Katie C. Stauffer **◊**
Charles A. Schneider **>**
Martha B. Schneider **> ¬**
Roger N. Braden **+ ¬**

900 West Morgan Street
Raleigh, North Carolina 27603

*Mailing Address:*
P. O. Box 12638
Raleigh, North Carolina 27605

Office: 919.600.5000
www.wbmllp.com

State Bar Admissions:
KY **•** DC **>** NC **•** FL **▪** TN **◊**
NY **^** MD **•** IL **¬** MO **◊** CA **◊**
Of Counsel **¬**

Scott E. Heldman
(919) 600-5018
sheldman@wbmllp.com

August 1, 2018

***VIA CERTIFIED MAIL***
CKE Restaurants Holdings, Inc.
Registered Agent: Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

      Re:    *E.P and S.F. CKE Restaurants Holdings, Inc. et al.*
               Mecklenburg County, NC, Superior Court Case No. 18-cvs-14007

Dear Registered Agent:

      Enclosed is a copy of the Summons and Complaint in the above captioned matter. Please forward these documents to your client. If your client would like to discuss this matter after they have reviewed the enclosed documents, contact attorney Scott Harris at 919-600-5003.

      Sincerely,

      Scott E. Heldman
      Paralegal

Enclosure

MADISONVILLE, KY • RALEIGH, NC • NASHVILLE, TN • WASHINGTON, DC

# STATE OF NORTH CAROLINA

MECKLENBURG **County**

File No. **18 CVS 14007**

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| E.P and S.F. | |

| Address | |
|---|---|

| City, State, Zip | |
|---|---|

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

**VERSUS**

G.S. 1A-1, Rules 3 and 4

| Name Of Defendant(s) | Date Original Summons Issued |
|---|---|
| CKE RESTAURANTS HOLDINGS, INC. et al. | |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| CKE Restaurants Holdings, Inc. | |
| Registered Agent: Corporation Service Company | |
| 2626 Glenwood Avenue, Ste. 550 | |
| Raleigh, NC 27608 | |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos
documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| Scott C. Harris | 7/6/18 | :43 ☐ AM ☒ PM |
| Whitfield Bryson & Mason LLP | Signature | |
| 900 W. Morgan St. | | |
| Raleigh, NC 27603 | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| | Date Of Endorsement | Time |
|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)** | | ☐ AM ☐ PM |
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts



**CSC**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Lola M. Becton<br>CKE Restaurants Holdings, Inc.<br>6700 Tower Circle<br>Ste 1000<br>Franklin, TN 37067 |
| **Electronic copy provided to:** | William Werner<br>Lena Brewer |

| | |
|---|---|
| **Entity:** | Hardee's Food Systems LLC<br>Entity ID Number 3258598 |
| **Entity Served:** | Hardee's Food Systems LLC |
| **Title of Action:** | E.P and S.F. vs. CKE Restaurants Holdings, Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Mecklenburg County Superior Court, North Carolina |
| **Case/Reference No:** | 18 CVS 14007 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 08/03/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Scott C. Harris<br>919-600-5000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com



WHITFIELD BRYSON
& MASON LLP
ATTORNEYS AT LAW

John C. Whitfield + ♦◊
Daniel K. Bryson ˙+
Gary E. Mason > ˆ‹
Scott C. Harris ˙▪
Matthew E. Lee ˙▪
Caroline Ramsey Taylor + ▪◊
Natasha C. Camenisch + ◊
Jeremy R. Williams˙

Patrick M. Wallace ˙
Danielle L. Perry ˙>
Jennifer S. Goldstein > ▪
J. Hunter Bryson ˙
Katie C. Stauffer ◊
Charles A. Schneider >
Martha B. Schneider > ˜
Roger N. Braden + ˜

900 West Morgan Street
Raleigh, North Carolina 27603

*Mailing Address:*
P. O. Box 12638
Raleigh, North Carolina 27605

State Bar Admissions:
KY + DC > NC ˙ FL ▪ TN ◊
NY ˆ MD ˙ IL ˜ MO ♦ CA �˝
Of Counsel ˜

Office: 919.600.5000
www.wbmllp.com

Scott E. Heldman
(919) 600-5018
sheldman@wbmllp.com

August 1, 2018

**VIA CERTIFIED MAIL**
Hardee's Food Systems LLC
Registered Agent: Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

   Re:  *E.P and S.F. CKE Restaurants Holdings, Inc. et al.*
      Mecklenburg County, NC, Superior Court Case No. 18-cvs-14007

Dear Registered Agent:

   Enclosed is a copy of the Summons and Complaint in the above captioned matter. Please forward these documents to your client. If your client would like to discuss this matter after they have reviewed the enclosed documents, contact attorney Scott Harris at 919-600-5003.

          Sincerely,

          Scott E. Heldman
          Paralegal

Enclosure

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

**File No.** 18 CVS 14007

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
E.P and S.F.

**Address**

**City, State, Zip**

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**VERSUS**

G.S. 1A-1, Rules 3 and 4

**Name Of Defendant(s)**
CKE RESTAURANTS HOLDINGS, INC. et al.

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

| **Name And Address Of Defendant 1** | **Name And Address Of Defendant 2** |
|---|---|
| Hardee's Food Systems LLC<br>Registered Agent: Corporation Service Company<br>2626 Glenwood Avenue, Ste. 550<br>Raleigh, NC 27608 | |

**IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| **Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff)** | **Date Issued** | **Time** | |
|---|---|---|---|
| Scott C. Harris<br>Whitfield Bryson & Mason LLP<br>900 W. Morgan St.<br>Raleigh, NC 27603 | 1·16·18 | 1:43 | ☐ AM ☒ PM |
| | **Signature** | | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| **ENDORSEMENT (ASSESS FEE)** | **Date Of Endorsement** | **Time** | |
|---|---|---|---|
| ☐ This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days | | | ☐ AM ☐ PM |
| | **Signature** | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
|  |  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
|  |  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason.

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts



WHITFIELD BRYSON
& MASON LLP
ATTORNEYS AT LAW

John C. Whitfield ⁺ ⁺ ◊
Daniel K. Bryson ˙ ⁺
Gary E. Mason ˃ ˆ ⁺
Scott C. Harris ˙ ⁼
Matthew E. Lee ˙ ⁼
Caroline Ramsey Taylor ⁺ ⁼ ◊
Natasha C. Camenisch ⁺ ◊
Jeremy R. Williams˙

Patrick M. Wallace ˙
Danielle L. Perry ˙ ˃
Jennifer S. Goldstein ˃ ⁼
J. Hunter Bryson ˙
Katie C. Stauffer ◊
Charles A. Schneider ˃
Martha B. Schneider ˃ ⁻
Roger N. Braden ⁻ ⁻

State Bar Admissions:
KY ⁺ DC ˃ NC˙ FL ⁼ TN ◊
NY ˆ MD ⁺ IL ⁼ MO ⁴ CA ⁴
Of Counsel ⁻

900 West Morgan Street
Raleigh, North Carolina 27603

*Mailing Address:*
P. O. Box 12638
Raleigh, North Carolina 27605

Office: 919.600.5000
www.wbmllp.com

Scott E. Heldman
(919) 600-5018
sheldman@wbmllp.com

August 1, 2018

### *VIA CERTIFIED MAIL*

Morning Star, LLC
a/k/a Morning Star NC, LLC
Registered Agent: Brian Bergeron
624 Tyvola Rd., Ste. 103-336
Charlotte, NC 28217-3578

   Re:  *E.P and S.F. CKE Restaurants Holdings, Inc. et al.*
       Mecklenburg County, NC, Superior Court Case No. 18-cvs-14007

Dear Mr. Bergeron:

  Enclosed is a copy of the Summons and Complaint in the above captioned matter. Please forward these documents to the attorney representing Morning Star, LLC a/k/a Morning Star NC, LLC. If you would like to discuss this matter after you have reviewed the enclosed documents, contact attorney Scott Harris at 919-600-5003.

         Sincerely,

         Scott E. Heldman
         Paralegal

Enclosure

# STATE OF NORTH CAROLINA

MECKLENBURG County

File No.

18 CVS 14007

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| E.P and S.F. | |
| **Address** | **CIVIL SUMMONS** |
| | ☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| **City, State, Zip** | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| Name Of Defendant(s) | Date Original Summons Issued |
| CKE RESTAURANTS HOLDINGS, INC. et al. | |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Morning Star, LLC a/k/a/ Morning Star NC, LLC | |
| Registered Agent: Brian Bergeron | |
| 624 Tyvola Rd., Ste. 103-336 | |
| Charlotte, NC 28217-3578 | |

⚠️ **IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!

Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Scott C. Harris | 7/11/18 | 1:40 | ☐ AM  ☒ PM |
| Whitfield Bryson & Mason LLP | Signature | | |
| 900 W. Morgan St. | | | |
| Raleigh, NC 27603 | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM  ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have *MANDATORY ARBITRATION* programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (If corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

STATE OF NORTH CAROLINA · IN THE GENERAL COURT OF JUSTICE
COUNTY OF MECKLENBURG · SUPERIOR COURT DIVISION
FILE NO. 18 CV5 14007



E.P and S.F., individually and on behalf of
all others similarly situated,

       Plaintiffs,

       v.

CKE RESTAURANTS HOLDINGS, INC.,
a Delaware Corporation; HARDEE'S
FOOD SYSTEMS LLC., a North Carolina
Corporation; HARDEE'S
RESTAURANTS LLC, a Delaware
Corporation; and MORNING STAR, LLC
a/k/a MORNING STAR NC, LLC, a
Florida Corporation,

       Defendants.

CLASS ACTION COMPLAINT

(JURY TRIAL DEMANDED)

       Plaintiffs E.P. and S.F. ("Plaintiffs") hereby file this class action Complaint on behalf of

themselves and all others similarly situated, by and through the undersigned attorneys, against

Defendants CKE Restaurants Holdings, Inc. ("CKE"), Hardee's Food Systems LLC. ("Hardee's

Food"), Hardee's Restaurants LLC ("Hardee's Restaurants"), and Morning Star, LLC a/k/a

Morning Star NC, LLC ("Morning Star") (collectively, "Defendants"), and allege as follows

based upon personal knowledge as to themselves and their own acts and experiences and, as to

all other matters, upon information and belief based upon, *inter alia*, investigation conducted by

their attorneys.

## NATURE OF THE CASE

       1.     This is a class action lawsuit brought by Plaintiffs on behalf of a class of all

similarly situated individuals who were subject to actual and/or potential Hepatitis A exposure

("Class members") while dining on food and beverages purchased from Defendants' quick-

service Hardee's restaurant located at 2604 Little Rock Road in Charlotte, North Carolina (hereinafter, "Restaurant") between approximately June 13, 2018 and June 23, 2018.

2.      In or about June 2018, an employee of Defendants who handled food at the Restaurant was diagnosed with Hepatitis A and potentially exposed thousands of customers to the illness.

3.      As a result of Plaintiffs' and the Class members' actual or potential exposure to Hepatitis A at the Restaurant, and, as set forth below with greater particularity, they were exposed to pathogens and placed at an increased risk of contracting Hepatitis A. As a result, Plaintiffs and the Class members have been and will continue to be tested for this potentially deadly virus.

4.      Plaintiffs and Class members must now undergo medical treatment for their injuries which would not have been necessary in the absence of Defendants' violations alleged herein, and have to live with severe emotional and mental anguish due to Defendants' negligence.

## PARTIES

5.      Plaintiff E.P. ("Plaintiff E.P.") is a resident and citizen of the state of North Carolina.

6.      Plaintiff S.F. ("Plaintiff S.F.") is a resident and citizen of the state of North Carolina.

7.      Defendant CKE is and has been incorporated in Delaware since 2013.

8.      Defendant Hardee's Food is and at all times relevant hereto has been a North Carolina corporation.

9.      In 1997, Defendant CKE acquired Hardee's Food and has owned Hardee's Food at all times relevant hereto.

2

10. Defendant Hardee's Restaurants is and at all times relevant hereto has been a Delaware corporation.

11. Defendant Hardee's Restaurants owns, operates and franchises individual Hardee's restaurant locations.

12. Defendant Morning Star is and at all times relevant hereto has been a Florida corporation.

13. At all times relevant hereto, Defendant Morning Star owned and operated the Restaurant as a Hardee's Restaurants franchisee, pursuant to a franchise agreement with Defendant Hardee's Restaurant.

14. In addition, Defendants are alter egos or mere continuations of one another such that they should be considered one and the same.

## JURISDICTION AND VENUE

15. This Court is vested with jurisdiction over Defendants because, at all times relevant hereto, Defendants were companies doing business in the State of North Carolina.

16. This Court is vested with original jurisdiction because the damages sought by the Plaintiff and others similarly situated are in an amount in excess of twenty-five thousand dollars ($25,000).

17. Venue is proper in Mecklenburg County pursuant to N.C. Gen. Stat. §§1-79 and 1-80 because: (a) the causes of action alleged herein arose in this County; (b) and Defendants transact business in this County.

## STATEMENT OF FACTS

A. **Plaintiff E.P.'s Experience**

18. On or about June 22, 2018, Plaintiff E.P. dined at the Restaurant, and consumed food and beverages that he purchased at the Restaurant.

3

19.     The Mecklenburg County Health Department ("MCHD") announced on or about
June 26, 2018 that persons who had consumed food or drink at the Restaurant between June 13,
2018 and June 23, 2018 were at risk for development of Hepatitis A infections.

20.     MCHD urged anyone who consumed food or drink at the Restaurant between
June 13, 2018 and June 23, 2018 to contact their health care providers or to attend free clinics to
receive a Hepatitis A vaccination shot as soon as possible.

21.     On or about June 27, 2018, Plaintiff E.P. received a Hepatitis A vaccination shot
from MCHD.

22.     When Plaintiff E.P. received his Hepatitis A vaccination, he was advised by the
MCHD that he would need a second dose six months following the date of initial vaccination. He
was further advised that he could receive the second dose from MCHD, but may incur a charge.

23.     Plaintiff E.P. has been forced to incur the expense, inconvenience, and distraction
from everyday activities due to the worry and stress of his possible infection with Hepatitis
A. Those damages and similar damages that other Class members have suffered and will
reasonably suffer in the future, in addition to the Class-wide damages of the emotional disruption
of their life, the physical invasion and other effects of the testing process, and the months of
dread suffered by every class member.

24.     The fact that Plaintiff E.P. has been subject to actual or potential Hepatitis A
exposure has caused him lost wages, pain, suffering, humiliation, loss of enjoyment of life, and
other general and special damages in an amount to be proven at trial.

**B.      Plaintiff S.F.'s Experience**

25.     On or about June 14, 2018, Plaintiff S.F. dined at the Restaurant, and consumed
food and beverages that she purchased at the Restaurant.

4

26. The Mecklenburg County Health Department ("MCHD") announced on or about June 26, 2018 that persons who had consumed food or drink at the Restaurant between June 13, 2018 and June 23, 2018 were at risk for development of Hepatitis A infections.

27. MCHD urged anyone who consumed food or drink at the Restaurant between June 13, 2018 and June 23, 2018 to contact their health care providers or to attend free clinics to receive a Hepatitis A vaccination shot as soon as possible.

28. Plaintiff S.F. received a Hepatitis A vaccination shot from her family doctor.

29. When Plaintiff S.F. received her Hepatitis A vaccination, she was advised by her doctor that she would need a second dose six months following the date of initial vaccination.

30. Plaintiff S.F. has been forced to incur the expense, inconvenience, and distraction from everyday activities due to the worry and stress of her possible infection with Hepatitis A. Those damages and similar damages that other Class members have suffered and will reasonably suffer in the future, in addition to the Class-wide damages of the emotional disruption of their life, the physical invasion and other effects of the testing process, and the months of dread suffered by every class member.

31. The fact that Plaintiff S.F. has been subject to actual or potential Hepatitis A exposure has caused her lost wages, pain, suffering, humiliation, loss of enjoyment of life, and other general and special damages in an amount to be proven at trial.

C. **Defendants' knowledge of the Hepatitis A Exposure Incidents**

32. Defendants are undeniably aware of both actual and potential Hepatitis A exposure endured by their customers, including Plaintiffs and Class members, because they have issued the following statement related to such exposure:

5

We can confirm that an employee at a franchise-owned Hardee's restaurant at 2604 Little Rock Road in Charlotte, North Carolina was recently diagnosed with Hepatitis A. Once CKE became aware, we immediately followed up with Mecklenburg County Public Health, which conducted an inspection on Monday, June 25.[1]

33.     Following the actual and potential exposure to Hepatitis A experienced by Plaintiffs and the Class members, the Restaurant closed for a period of time.

34.     Also following the actual and potential exposure to Hepatitis A experienced by Plaintiffs and the Class members, the MCHD administered approximately 1,500 vaccines to people who had dined at the Restaurant between June 13 and June 23, 2018.

D.     **Dangers of Hepatitis A Exposure**

35.     According to the Centers for Disease Control and Prevention (CDC), "Hepatitis A is a serious liver disease. It is caused by the hepatitis A virus (HAV). HAV is spread from person to person through contact with the feces (stool) of people who are infected, which can easily happen if someone does not wash his or her hands properly. You can also get hepatitis A from food. . . . "

36.     Also according to the CDC, symptoms of Hepatitis A can include:

- fever, fatigue, loss of appetite, nausea, vomiting, and/or joint pain.
- severe stomach pains and diarrhea (mainly in children), or
- jaundice (yellow skin or eyes, dark urine, clay-colored bowel movements).

37.     CDC reports that these symptoms usually appear two to six weeks after exposure and an illness may last as long as six months, making some people "too ill to work."

38.     Among reported cases of hepatitis A, nearly 40% require hospitalization. Many days of work are missed due to hepatitis A, as well. Older people and people with chronic liver

---

[1]     http://abc11.com/health/customers-who-ate-at-charlotte-hardees-should-get-hep-a-vaccination/3661484/     (last visited July 5, 2018).

6

disease, such as those infected with Hepatitis C virus, are more likely to be seriously ill and die from hepatitis A.[2]

39.     Because of the limitations of Hepatitis A testing, a recent infection may not be detectable for nearly two months, so Plaintiffs and Class members cannot yet know whether they are out of the zone of danger into which Defendants' conduct placed them. Thus, Plaintiffs and Class members will live with the anxiety, stress, and emotional distress that they may be infected with Hepatitis A. Plaintiffs and Class members must thus endure Hepatitis A vaccinations whether or not they were actually exposed to the virus. Their resulting distress is the natural, expected product of the zone of danger into which the Defendant's negligence placed Plaintiffs and Class members.

## CLASS ALLEGATIONS

40.     The proposed class (the "Class") is defined as follows:

> All persons who dined on food and/or beverages purchased at the Hardee's quick-service restaurant located at 2604 Little Rock Road, Charlotte, North Carolina between June 13 and 23, 2018.

41.     Excluded from the Class are Defendants and their employees, officers and directors, and the Judge(s) assigned to this case. Plaintiffs reserve the right to modify, change or expand the Class definition after conducting discovery.

42.     The requirements of North Carolina's class action rule, N.C. Gen. Stat. §1A-1, Rule 23 (2017) (hereinafter, "Rule 23"), are met in this case. Class treatment is appropriate "[i]f persons constituting a class are so numerous as to make it impracticable to bring them all before the court, such of them, one or more, as will fairly insure the adequate representation of all may, on behalf of all, sue or be sued."

---

[2] http://www.immunize.org/catg.d/p4204.pdf (last visited July 5, 2018).

7

43.     Numerosity. The exact number of Class members is unknown to Plaintiffs, but it likely includes thousands of people who consumed food during the relevant time period; the exact number can be readily determined from purchase and sale records maintained by Defendants. Thus, the number of persons who are members of the proposed Class is so numerous that joinder of all members is impracticable.

44.     Adjudication of these claims by individual members of the Class would, as a practical matter, be dispositive of the interests of the other members not parties to the actions, or substantially impair or impede the ability of other members of the Class to protect their interests.

45.     Commonality. There are numerous questions of fact and/or law that are common to Plaintiffs and all members of the Class, with answers that are common to all members of the Class, including, but not limited to:

    a.  Whether Defendants failed to properly supervise and monitor their employees at the Restaurant to ensure that they were engaging in proper sanitation procedures and sufficiently healthy for employment;

    b.  Whether Defendants' failure to properly supervise and monitor their employees at the Restaurant makes Defendants liable for negligence;

    c.  Whether Plaintiffs and Class Members' increased risk of exposure to Hepatitis A was caused by Defendant's negligence;

    d.  Whether Defendants' failure to properly supervise and monitor their employees at the Restaurant results in breaches of express warranty or product liability;

    e.  Whether Defendants' design, manufacture and/or sale of food and beverage products that were not of fair average quality and also not fit for the ordinary purposes for which such goods are used constitutes violations of the implied warranty of merchantability;

    f.  Whether Defendants are jointly and severally liable for the violations alleged herein;

    g.  Whether Defendants timely detected the fact that their employee had contracted Hepatitis A;

8

h. The nature and extent of the legal claims available to Plaintiffs and Class Members as a result of zone of danger into which Defendant's conduct has placed them; and

i. The recoverable damages of Plaintiffs and Class Members associated with the necessary testing, vaccination, inconvenience, disruption, and fear naturally appertaining thereto as a result of Defendants' misconduct.

46.     <u>Typicality</u>. Plaintiffs' claims are typical of those of the absent Class members because his claims arise from the same event as those experienced by Class members, *i.e.,* actual or potential exposure to Hepatitis A due to the consumption of food and/or beverages purchased from the Restaurant at which an employee who tested positive for Hepatitis A worked and handled food.

47.     The impact may vary slightly in degree from person to person, but Plaintiffs remain typical of the Class because each member of the Class were similarly affected by Defendants' negligence.

48.     <u>Adequacy of Representation</u>. Plaintiffs are adequate class representative because he will fairly and adequately represent and protect the interests of all members of the Class, and his interests are not antagonistic to those of other class members.

49.     Further, Defendants have no unique defenses against Plaintiffs that would interfere with her representation of the Class. Defendants' defenses against Plaintiffs are no different than those against any of the Class members.

50.     With respect to counsel, Plaintiffs have engaged Sauder Scheklopf LLC and Whitfield Bryson & Mason LLP to represent Plaintiffs and the Class. Sauder Schelkopf and Whitfield Bryson & Mason have extensive experience in class action litigation.

9

51.     The requirements of Rule 23 are met here, because the class is so numerous as to make it impracticable to bring all Class members' cases individually before the court, and because Plaintiffs and their counsel are adequate Class representatives.

## FIRST CAUSE OF ACTION
### (Negligence)

52.     Plaintiffs and the Class reallege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

53.     Defendants manufactured, distributed and sold food and beverage products that were actually or potentially adulterated with Hepatitis A and not fit for human consumption nor reasonably safe as designed, manufactured or sold.

54.     Defendants were negligent in manufacturing, distributing and selling food and beverage products that were actually or potentially adulterated with Hepatitis A, not fit for human consumption, nor reasonably safe due to Hepatitis A contamination.

55.     Defendants had a duty to exercise the degree of care expected from a reasonably prudent food service establishment and a duty to safeguard Plaintiffs and Class members' well-being. Defendants failed to exercise the degree of care expected of a reasonably prudent food service establishment in similar circumstances. Defendants had a duty to train and supervise their employees and to ensure that sanitary food-handling procedures were followed with regard to food service provided to Plaintiffs and Class members.

56.     Defendants failed in their duties to Plaintiffs and Class members because they knew or should have known that a Restaurant employee was putting Plaintiffs and Class members at risk of Hepatitis A exposure. Defendants acted negligently in supervising their food-handling staff.

10

57. As a direct and proximate result of Defendants' negligence, Plaintiffs and Class members have: incurred the need for necessary medical care, treatment, and services received as of the filing of this action and with reasonable probability to be required in the future; have incurred inconvenience and loss of time associated with such medical care, treatment, and services; suffered serious emotional distress, including but not limited to living with the knowledge that they could have or potential will contract a bloodborne pathogen disease, such as Hepatitis A.

58. Plaintiffs' and Class members' injuries are unknown and will require and will continue to require expensive medical care and treatment. These and other general and special damages are in excess of twenty-five thousand dollars ($25,000), are continuing in nature, and will be determined by the jury at the time of trial.

## SECOND CAUSE OF ACTION
### (Breach of Express Warranty/Product Liability)

59. Plaintiffs and the Class reallege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

60. Defendants are manufacturers under the North Carolina Product Liability Act, N.C. Gen. Stat. §§ 99B-1 *et seq*. ("the Act").

61. Defendants manufactured, distributed and sold food and beverage products that were potentially adulterated with Hepatitis A and not fit for human consumption and not reasonably safe as designed, manufactured or sold, thus creating risk and injuring Plaintiffs and Class members.

62. Defendants failed to adequately warn Plaintiffs and Class members of the dangers associated with the adulterated food and beverages.

11

63.     Defendants owed a duty to Plaintiffs and Class Members pursuant to the Act that the food it prepared and sold was safe for human consumption, healthful, and suitable for all.

64.     Defendants represented and warranted that the adulterated food and beverages were safe for consumption.

65.     Defendants breached their express warranties with Plaintiffs and Class Members that the food and beverages were safe for consumption.

66.     Defendants' design, manufacture and/or sale of food and beverage products that were potentially adulterated with Hepatitis A and not fit for human consumption and not reasonably safe as designed, manufactured or sold, together with their failure to adequately warn Plaintiffs and Class members of the dangers of such actions, violates North Carolina law, including but not limited to the North Carolina Product Liability Act, N.C. Gen. Stat. Ch. 99B.

67.     As a direct and proximate result of the violations of the standard of care and failures by Defendants, Plaintiffs and Class members have: incurred the need for necessary medical care, treatment, and services received as of the filing of this action and with reasonable probability to be required in the future; have incurred inconvenience and loss of time associated with such medical care, treatment, and services; suffered serious emotional distress, including but not limited to living with the knowledge that they could have or potential will contract a bloodborne pathogen disease, such as Hepatitis A.

68.     Plaintiffs' and Class members' injuries are unknown and will require and will continue to require expensive medical care and treatment. These and other general and special damages are in excess of twenty-five thousand dollars ($25,000), are continuing in nature, and will be determined by the jury at the time of trial.

12

### THIRD CAUSE OF ACTION
### (Breach of Implied Warranty of Merchantability)

69.     Plaintiffs and the Class reallege and incorporate by reference the allegations contained in all preceding paragraphs of this Class Action Complaint as though set forth fully herein.

70.     By designing, manufacturing and/or selling their food and beverage products, Defendants imply that those products are merchantable pursuant to N.C. Gen. Stat. § 24-2-314 because they are of fair average quality within the description and are fit for the ordinary purposes for which such goods are used, *i.e.,* consumption by humans.

71.     Defendants designed, manufactured and/or sold food and beverage products that were not of fair average quality and also not fit for the ordinary purposes for which such goods are used, *i.e.,* consumption by humans.

72.     Defendants' design, manufacture and/or sale of food and beverage products that were not of fair average quality and also not fit for the ordinary purposes for which such goods are used constitutes violations of the implied warranty of merchantability.

73.     As a direct and proximate result of the violations of the standard of care and failures by Defendants, Plaintiffs and Class members have: incurred the need for necessary medical care, treatment, and services received as of the filing of this action and with reasonable probability to be required in the future; have incurred inconvenience and loss of time associated with such medical care, treatment, and services; suffered serious emotional distress, including but not limited to living with the knowledge that they could have or potential will contract a bloodborne pathogen disease, such as Hepatitis A.

74.     Plaintiffs' and Class members' injuries are unknown and will require and will continue to require expensive medical care and treatment. These and other general and special

13

damages are in excess of twenty-five thousand dollars ($25,000), are continuing in nature, and will be determined by the jury at the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request the following relief against Defendants on behalf of himself and others similarly situated:

1. Certification of this action as a class action pursuant to Rule 23;

2. General and special damages in an amount to be proven at trial;

3. Punitive damages;

4. Reasonable attorneys' fees and costs and a service award for Plaintiffs;

5. Any and all applicable pre-judgment and post-judgment interest on the judgment; and

6. Such other and further relief as the Court deems just and proper under the circumstances of this case.

Dated this 13th day of July, 2018.

Respectfully submitted,

Daniel K. Bryson
N.C. Bar No.: 15781
Scott C. Harris
N.C. Bar No.: 35328
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Fax: 919-600-5035
Dan @wbmllp.com
Scott@wbmllp.com

14

Joseph G. Sauder (seeking *pro hac vice* admission)
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: 888.711.9975
Fax: 610-421-1326
jgs@sstriallawyers.com

*Attorneys for Plaintiffs and the Putative Class*

15

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO. 18-CVS-14007

E.P and S.F., individually and on behalf of )
all others similarly situated, )
                               )
           Plaintiffs, )
                               )
           v. )
                               )
CKE RESTAURANTS HOLDINGS, INC., )
a Delaware Corporation; HARDEE'S )
FOOD SYSTEMS LLC., a North Carolina )
Corporation; HARDEE'S )
RESTAURANTS LLC, a Delaware )
Corporation; and MORNING STAR, LLC )
a/k/a MORNING STAR NC, LLC, a )
Florida Corporation, )
                               )
           Defendants. )

**AFFIDAVIT OF SERVICE**
**BY CERTIFIED MAIL**

Scott C. Harris, being first duly sworn, deposes and says:

1.     In accordance with Rule 4 of the North Carolina Rules of Civil Procedure, a copy

of the summons and the complaint in this action was deposited in an official depository under the

exclusive care and custody of the United States Postal Service in Raleigh, North Carolina for

mailing by certified mail, return receipt requested, to Defendant, Morning Star, LLC  a/k/a

Morning Star NC, LLC, addressed as follows:

    Morning Star, LLC
    a/k/a Morning Star NC, LLC
    Registered Agent: Brian Bergeron
    624 Tyvola Rd., Ste. 103-336
    Charlotte, NC 28217

2.     Process was, in fact, delivered to and received on or about August 4, 2018 as

evidenced by the **Exhibit A** attached hereto.

mailing by certified mail, return receipt requested, to Defendant, Hardee's Restaurants LLC, addressed as follows:

> Hardee's Restaurants LLC
> Registered Agent: Corporation Service Company
> 2626 Glenwood Avenue, Ste. 550
> Raleigh, NC 27608

8.      Process was, in fact, delivered to and received on or about August 3, 2018 as evidenced by the **Exhibit D** attached hereto.

This the 24th day of August, 2018.

WHITFIELD BRYSON & MASON LLP

Scott C. Harris
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
*Attorney for Plaintiffs*

Sworn to and subscribed personally before me
this the 24th day of August, 2018.

Notary Public
My Commission Expires: 10.2.22

SCOTT E. HELDMAN
Notary Public
North Carolina
Wake County



**EXHIBIT**

**A**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$
Total P
$

Sent To        Morning Star, LLC
               a/k/a Morning Star NC, LLC
Street a     Registered Agent: Brian Bergeron
               624 Tyvola Rd., Ste. 103-336
City, Sta      Charlotte, NC 28217-3578

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0680 0001 7015 5683



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Morning Star, LLC
   a/k/a Morning Star NC, LLC
   Registered Agent: Brian Bergeron
   624 Tyvola Rd., Ste. 103-336
   Charlotte, NC 28217-3578

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3621 7305 6103 98

2. Article Number *(Transfer from service label)*
7018 0680 0001 7015 5683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature                          UPS Store
X _____ 8/4/18          ☐ Agent
                                      ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery
                                      8/4/18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☑ Certified Mail®                ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise
☐ Collect on Delivery            ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053              Domestic Return Receipt

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70180680000170155683                              Remove ✕

Your item was delivered to the front desk or reception area at 1:20 pm on August 4, 2018 in CHARLOTTE, NC 28217.

### ⊘ Delivered

August 4, 2018 at 1:20 pm
Delivered, Front Desk/Reception
CHARLOTTE, NC 28217

**Get Updates** ∨

---

**Text & Email Updates**                                                    ∨

---

**Tracking History**                                                        ∨

---

**Product Information**                                                      ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



EXHIBIT
tabbies
**B**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____            Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Po
$

Sent To          CKE Restaurants Holdings, Inc.
                      Registered Agent:
Street a         Corporation Service Company
                 2626 Glenwood Avenue, Ste. 550
City, Sta            Raleigh, NC 27608

7018 0680 0001 7015 5676

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CKE Restaurants Holdings, Inc.
Registered Agent:
Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

9590 9402 2708 6351 6894 89

2. Article Number (Transfer from service label)

7018 0680 0001 7015 5676

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____          ☐ Agent
                                   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                          ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery      ☐ Registered Mail™
☐ Certified Mail®                          ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery       ☐ Return Receipt for Merchandise
☐ Collect on Delivery                      ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Mail Restricted Delivery
(over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70180680000170155676

Remove ✕

Your item was delivered to the front desk or reception area at 10:14 am on August 6, 2018 in RALEIGH, NC 27608.

## ⊘ Delivered

August 6, 2018 at 10:14 am
Delivered, Front Desk/Reception
RALEIGH, NC 27608

**Get Updates** ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                         ⌄

---

**Product Information**                                      ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 3:18-cv-00483-FDW-DCK   Document 1-1   Filed 08/31/18   Page 37 of 41



**EXHIBIT C**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total P
$

Postmark
Here

Sent To
Street
City, St

Hardee's Restaurants LLC
Registered Agent:
Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 0680 0001 7015 5690



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hardee's Restaurants LLC
Registered Agent:
Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

9590 9402 3621 7305 6103 81

2. Article Number (Transfer from service label)
7018 0680 0001 7015 5690

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** 70180680000170155690

Remove ✕

**Expected Delivery on**

# FRIDAY

# 3 AUGUST 2018 ⓘ

by

**8:00pm** ⓘ

## ⊘ Delivered

August 3, 2018 at 9:50 am
Delivered, Front Desk/Reception
RALEIGH, NC 27608

**Get Updates** ∨

---

| | |
|---|---|
| **Text & Email Updates** | ∨ |

---

| | |
|---|---|
| **Tracking History** | ∨ |

---

| | |
|---|---|
| **Product Information** | ∨ |

---

See Less ∧

## Can't find what you're looking for?



EXHIBIT
**D**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total $

Sent To
Street
City &

Hardee's Food Systems LLC
Registered Agent:
Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

7018 0680 0001 7015 5669

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hardee's Food Systems LLC
Registered Agent:
Corporation Service Company
2626 Glenwood Avenue, Ste. 550
Raleigh, NC 27608

9590 9402 3621 7305 6104 42

2. Article Number *(Transfer from service label)*
7018 0680 0001 7015 5669

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70180680000170155669

Remove ✕

**Expected Delivery on**

# FRIDAY

# 3 AUGUST 2018 ⓘ

## by 8:00pm ⓘ

## ⊘ Delivered

August 3, 2018 at 9:50 am
Delivered, Front Desk/Reception
RALEIGH, NC 27608

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?