IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-483-FDW-DCK

| | |
|---|---|
| E.P., and S.F., individually, and on behalf others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER**<br>) |
| HARDEE'S FOOD SYSTEMS LLC, HARDEE'S RESTAURANTS LLC, CKE RESTAURANTS HOLDINGS, INC., and MORNING STAR, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Shawn D. Scott, concerning Nicholas P. Panayotopoulos on September 14, 2018. Mr. Panayotopoulos seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED**. Mr. Nicholas P. Panayotopoulos is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: September 17, 2018

David C. Keesler
United States Magistrate Judge