UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00483-FDW-DCK

| | |
|---|---|
| E.P. and S.F., individually, and on behalf of others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HARDEE'S FOOD SYSTEMS LLC, )<br>HARDEE'S RESTAURANTS LLC, CKE )<br>RESTAURANTS HOLDINGS, INC., and )<br>MORNING STAR, LLC, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court *sua sponte* upon Plaintiffs' filing of a Notice of Voluntary Dismissal on November 1, 2018. (Doc. No. 28). The Court had previously ordered briefing on the local controversy exception to CAFA jurisdiction due to the presence of Defendant Hardee's Food Systems, LLC in this case. Because Plaintiffs have voluntarily dismissed that Defendant from the case, the issue on the local controversy exception is no longer relevant. Thus, the Court hereby VACATES the portion of its October 31, 2018 order requiring additional briefing by November 16, 2018. (Doc. No. 27).

IT IS SO ORDERED.

Signed: November 1, 2018

Frank D. Whitney
Chief United States District Judge

1